UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                              Case No.  07-cr-12-01/02-SM

Da Van Ha and
Huu Quang Dihn

## O R D E R

Defendant Ha's motion to continue the final pretrial conference and trial is granted (document 16). Trial has been rescheduled for the May 2007 trial period. Defendant Ha shall file a waiver of speedy trial rights not later than February 22, 2007. On the filing of such waiver, this continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** May 24, 2007 at 3:30 p.m.

**Jury Selection**: June 5, 2007 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

February 13, 2007

cc: Philip R. Desfosses, Esq.
    Glenn C. Geiger, Esq.
    Jennifer C. Davis, AUSA
    US Probation
    US Marshal