UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.            Case No. 07-cr-12-01-SM

<u>Da Van Ha</u>

## O R D E R

Defendant Ha's motion to continue the final pretrial conference and trial is granted (document 22). Trial has been rescheduled for the August 2007 trial period. Defendant Ha shall file a waiver of speedy trial rights not later than June 4, 2007. On the filing of such waiver, this continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** July 24, 2007 at 3:00 p.m.

**Jury Selection**: August 7, 2007 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

May 23, 2007

cc:   Philip R. Desfosses, Esq.
      Jennifer C. Davis, AUSA
      US Probation
      US Marshal