## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                            Case No.  07-cr-12-01-SM

<u>Da Van Ha</u>

### O R D E R

Defendant Ha's  motion to continue the final pretrial conference and trial is granted  (document  32).   Trial has been rescheduled for the November  2007 trial period.   Defendant Ha  shall file a waiver of speedy trial rights not later than November 2, 2007.   On the filing of such waiver, this continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  December  18, 2007 at 4:30 p.m.

**Jury Selection**:  January 8, 2008 at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

October  25,  2007

cc:   Philip R. Desfosses, Esq.
      Jennifer C. Davis, AUSA
      US Probation
      US Marshal